**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

XB1111021

IN RE:

Craig A. Sirota;

]  Case Number 11-42723
]  CH 7
]  Judge A. Benjamin Goldgar
]
]
]
]
]
]

### NOTICE OF MOTION

TO:   Craig A. Sirota, 950 Gage Lane, Lake Forest, IL 60045

James J. Burns, Burns & Wincek, 53 West Jackson, Suite 909, Chicago, IL 60604

Ilene F. Goldstein, 850 Central Ave, Ste 200, Highland Park, IL  60035

PLEASE TAKE NOTICE that on December 9, 2011 at 1:30pm, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar or any judge sitting in his stead, in the courtroom usually occupied by him in Room B at Park City Branch Court, 301 Greenleaf Avenue, Park City, IL 60085-5725, and move to present the attached motion.

/s/  Clay Mosberg
Attorney for Creditor

### PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on November 17, 2011.

/s/ Marissa Post

FREEDMANANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60563
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Louis Freedman- 3126104, Thomas Anselmo- 3125949, Steven Lindberg- 3126232,
Doug Oliver - 6273607, Clay A. Mosberg- 1972316, Karl V. Meyer- 6220397,
Bryan D. Hughes- 6300070, Ann W. Lopez- 6190037, Jonathan  Nusgart- 6211908,
William B. Kalbac- 6301771,  Sarah K. Lash- 6300299, John Gerrity- 6303376,
W. Brandon Rogers- 6302871, G. Stephen Caravajal, Jr. - 6284718
XB1111021

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**                                         BK030

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

XB1111021

IN RE:

Craig A. Sirota;

] Case Number 11-42723
] CH 7
] Judge A. Benjamin Goldgar
]
]
]
]
]
]

## MOTION FOR RELIEF

Now comes U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1, secured creditor herein, by and through its attorneys, FREEDMAN ANSELMO LINDBERG LLC moves for an entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 7 on October 21, 2011.

5. Specialized Loan Servicing is currently the servicing agent for said mortgage.

6. U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 holds a 1st mortgage secured by a lien on debtor(s) real estate commonly known as 950 Gage Lane, Lake Forest, IL.

7. There is no equity in this property, as its value is $1,200,000.00 (per Schedule A) and the balance due on the loan is $1,244,926.52. The sum of all other liens on this property is $10,897.00 (per Schedule D).

8. The loan is past due for the 4/1/2011 to 6/1/2011 payments in the amount of $7,771.19 each, the 7/1/2011 to 11/1/2011 payments in the amount of $8,054.95 each, for a default of $63,588.32. That including attorney fees of $550.00 and costs for bringing this motion in the sum of $176.00, the total debt is $64,314.32.

9. The failure of the debtor(s) to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1).

10. The property is not necessary to an effective reorganization.

11. The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

WHEREFORE, Movant prays for the entry of the attached Order Granting Relief from the Automatic Stay.

U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1

/s/ Clay Mosberg
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60563
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.  Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Louis Freedman- 3126104, Thomas Anselmo- 3125949, Steven Lindberg- 3126232,
Doug Oliver - 6273607, Clay A. Mosberg- 1972316, Karl V. Meyer- 6220397,
Bryan D. Hughes- 6300070, Ann W. Lopez- 6190037, Jonathan Nusgart- 6211908,
William B. Kalbac- 6301771,  Sarah K. Lash- 6300299, John Gerrity- 6303376,
W. Brandon Rogers- 6302871, G. Stephen Caravajal, Jr. - 6284718
XB1111021

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**